C. David Cottingham, Standing Chapter 13 Trustee
Northern District of Alabama
Western Division
P.O. Drawer 020588
Tuscaloosa, AL 35402
(205) 758-8595

TO EMPLOYER TO CEASE REMITTING

TO:     JOHNSON CONTROL
        5757 NORTH GREEN BAY AVEX90
        ATTN: PAYROLL DEPT
        MILWAUKEE, WI 53209-


Date:   06/19/2008

Chapter 13 Case Number:  07-71628-CMS13

Debtor:  TAMIKA E MCLAUGHLIN

Debtor's Social Security Number:  ###-##-5603


Gentlemen:

Please cease making deductions from the wages of the above captioned debtor unless subsequently
Directed to do so.

Thank you for your cooperation.


                              Very truly yours,

                              /s/ C. David Cottingham
                              C. David Cottingham
                              Standing Chapter 13 Trustee


CDC/rgt

cc:     TAMIKA E MCLAUGHLIN
        Employer
        Attorney:  E. CALHOUN WILSON
        Clerk, U.S. Bankruptcy Court