# DEBTOR CHANGE OF ADDRESS FORM

**CASE NO:** 07-71628

**DEBTORS NAME:** Tamika E McLaughlin

**NEW ADDRESS** 5110 36th Ave E
Apt. 2102
Tuscaloosa, AL 35405

*Changed 11-19-08 AEH*

**NOTES:**

_____

_____

_____

**INITIALS:** ECW    **DATE:** November 17, 2008

**CHANGE OF INFORMATION REQUESTED BY: DEBTOR__ATTORNEY_X_OTHER**

**CC:    CHAPTER 13 TRUSTEE**